PER CURIAM.

(No. 73—CC—93

BROWNE-MORSE COMPANY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 16, 1973.*

BROWNE-MORSE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

Per Curiam.